Sterling A. Brennan (CA State Bar No. 126019)
  E-mail: sbrennan@mabr.com
MASCHOFF BRENNAN GILMORE & ISRAELSEN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104

David R. Wright (*pro hac vice* application to be submitted)
  E-mail: drwright@foley.com
Michael A. Manookin (*pro hac vice* application to be submitted)
  E-mail: mmanookin@foley.com
FOLEY & LARDNER LLP
299 South Main Street, Suite 2000
Salt Lake City, Utah 84111
Telephone:  (801) 401-8900
Facsimile:   (385) 799-7576

Attorneys for Plaintiff VIVINT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVINT, INC., a Utah corporation,<br><br>                              Plaintiff,<br><br>        vs.<br><br>SB IP HOLDINGS, LLC,<br><br>                              Defendant. | Case No. 8:22-cv-33<br><br>**PLAINTIFF'S NOTICE OF RELATED CASES**<br><br>**[L.R. 83-1.3]** |

Pursuant to Local Rule 83-1.3, Plaintiff Vivint, Inc. files the instant Notice of Related Cases.  The following case, which was filed on the same day as the instant case, may be related:

- *Vivint, Inc. v. SB IP Holdings, LLC*, Case No. 8:22-cv-34, filed on January 7, 2022.

Plaintiff Vivint, Inc. is the same in both cases.  Defendant SB IP Holdings, LLC is the same in both cases.  Defendant SB IP Holdings, LLC, is the purported patent owner of all patents in both cases.  The patents, however, differ between the cases.

DATED:  January 7, 2022

/s/ *Sterling A. Brennan*

MASCHOFF BRENNAN
GILMORE & ISRAELSEN
Sterling A. Brennan